```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                        FILED
                                                  February 14, 2006


                            No. 06-194
                            CR-94-17

In Re: WILLIE LEE HARRIS

          Movant


                            ---------
                           O R D E R
                            ---------

     Movant has filed a motion pursuant to 28 U.S.C. Section 2244

for authorization to file a successive application for relief.

     The Court denies the motion.

     Entered at the direction of Judge Niemeyer with the

concurrence of Judge Michael and Judge Motz.


                                   For the Court,

                                   /s/ Patricia S. Connor
                                   _____
                                           CLERK
```